# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>Plaintiff,<br><br>v.<br><br>ASJS INVESTMENTS, LLC, et al.,<br><br>Defendants. | Case No. 1:18-cv-00001-LJO-SAB<br><br>ORDER REQUIRING CATHERINE M. CORFEE TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR<br><br>**THREE DAY DEADLINE** |

On December 29, 2017, Plaintiff Aurora Cervantes filed this action alleging violations of the Americans with Disabilities Act of 1990 and state law. (ECF No. 1.) On January 2, 2018, an order issued setting the mandatory scheduling conference for April 2, 2018, at 1:30 p.m. (ECF No. 2.) Approximately thirty minutes prior to the April 2, 2018 hearing the courtroom deputy reached out to Catherine Corfee, counsel for Defendant, and provided her with the telephone number and passcode to appear telephonically at the scheduling conference. Counsel Daniel Malakauskas appeared telephonically for Plaintiff; however counsel for Defendant did not appear. The parties were previously late in filing their joint scheduling report filed last week, despite efforts by the courtroom deputy to inquire of the parties.

The Local Rules of the Eastern District of California ("L.R.") provide that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." L.R. 110. The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

1

Based on the foregoing, IT IS HEREBY ORDERED that within three days from the date of entry of this order, Catherine M. Corfee shall show cause in writing why monetary sanctions should not be imposed for the failure to appear at the mandatory scheduling conference. Counsel is forewarned that the failure to comply with this order will result in the imposition of sanctions, which may include the entry of default.

IT IS SO ORDERED.

Dated: **April 2, 2018**

UNITED STATES MAGISTRATE JUDGE