# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASJS INVESTMENTS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00001-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS WITHIN SIXTY DAYS<br><br>(ECF No. 12) |

On December 29, 2017, Plaintiff Aurora Cervantes filed this action alleging violations of the Americans with Disabilities Act of 1990 and state law. (ECF No. 1.) On April 4, 2018, Plaintiff filed a notice of settlement. Pursuant to Plaintiff's notice of settlement, the parties are HEREBY ORDERED to file dispositional documents within sixty (60) days from the date of entry of this order.

IT IS SO ORDERED.

Dated:  **April 5, 2018**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1