# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES, | Case No. 1:18-cv-00001-LJO-SAB |
| Plaintiff, | ORDER REQUIRING CATHERINE M. CORFEE TO PERSONALLY APPEAR ON APRIL 12, 2018, AT 10:00 A.M. IN COURTROOM 9 |
| v. | |
| ASJS INVESTMENTS, LLC, et al., | |
| Defendants. | |

On December 29, 2017, Plaintiff Aurora Cervantes filed this action alleging violations of the Americans with Disabilities Act of 1990 and state law. (ECF No. 1.) On January 2, 2018, an order issued setting the mandatory scheduling conference for April 2, 2018, at 1:30 p.m. (ECF No. 2.) Approximately thirty minutes prior to the April 2, 2018 hearing, the courtroom deputy reached out to Catherine Corfee, counsel for Defendants, and provided her with the telephone number and passcode to appear telephonically at the scheduling conference. Counsel Daniel Malakauskas appeared telephonically for Plaintiff; however, counsel for Defendants did not appear.

On April 2, 2018, the Court ordered Catherine M. Corfee to show cause in writing within three days from the date of entry of the order why monetary sanctions should not be imposed for the failure to appear at the mandatory scheduling conference. (ECF No. 10.) The deadline has passed and Catherine M. Corfee has not filed a response to the Court's April 2, 2018 order to show cause.

1

The Local Rules of the Eastern District of California ("L.R.") provide that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." L.R. 110. The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that Defendants' counsel, Catherine M. Corfee, shall **personally appear** before United States Magistrate Judge Stanley A. Boone, at the United States Courthouse, 2500 Tulare St., Fresno, California, Courtroom 9, on **Thursday, April 12, 2018, at 10:00 a.m.** to show cause why sanctions should not be imposed for the failure to comply with a court order and failure to appear at the scheduling conference.

IT IS SO ORDERED.

Dated: **April 6, 2018**

UNITED STATES MAGISTRATE JUDGE