# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASJS INVESTMENTS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00001-LJO-SAB<br><br>ORDER CONTINUING ORDER TO SHOW CAUSE HEARING TO APRIL 17, 2018 |

On April 6, 2018, an order issued requiring Catherine M. Corfee to personally appear on April 12, 2018 to show cause for her failure to comply with court orders in this action. On this same date, Ms. Corfee filed a declaration stating that she would be out of state due to a preplanned trip. Based on Ms. Corfee's unavailability, the Court will continue the show cause hearing.

Based on the foregoing, the hearing set for April 12, 2018 at 10:00 a.m. is HEREBY CONTINUED to **April 17, 2018, at 9:30 a.m.** in Courtroom 9. Catherine M. Corfee shall personally appear at that time.

IT IS SO ORDERED.

Dated: __**April 9, 2018**__

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1