# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASJS INVESTMENTS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-00001-LJO-SAB<br><br>ORDER CONTINUING ORDER TO SHOW CAUSE HEARING TO MAY 9, 2018<br><br>(ECF No. 18) |

On April 6, 2018, an order issued requiring Catherine M. Corfee to personally appear on April 12, 2018 to show cause for her failure to appear at the mandatory scheduling conference in this matter. On this same date, Ms. Corfee filed a declaration stating that she would be out of state due to a preplanned trip. Based on Ms. Corfee's unavailability, the Court continued the date of the hearing to April 17, 2018.

Ms. Corfee did not appear on April 17, 2018. On April 16, 2018, Ms. Corfee filed a request to continue her personal appearance contending that she injured her shoulder and was unable to drive to and from Fresno from Carmichael per her doctor's instructions. Ms. Corfee includes a doctor's note which indicates that she has limited ability to drive over the next three weeks due to her medications. However, the Court notes that there is train and bus service which would have provided transportation to Fresno in time for Ms. Corfee to have appeared for the scheduled hearing.

The Court shall continue the hearing, but Ms. Corfee is advised that no further continuance will be granted. The Court sets the hearing after consulting the train schedule to ensure that Ms. Corfee will have transportation should she still be unable to drive on the date of

1

the hearing.

Based on the foregoing, the hearing set for April 17, 2018 at 9:30 a.m. is HEREBY CONTINUED to **May 9, 2018, at 10:30 a.m.** in Courtroom 9. Catherine M. Corfee shall personally appear at that time.

IT IS SO ORDERED.

Dated:  **April 17, 2018**

UNITED STATES MAGISTRATE JUDGE