DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Telephone: (866) 790-2242
Facsimile: (888) 802-2440
Email: daniel@malakauskas.com

Attorney for PLAINTIFF

Attorney for PLAINTIFF

CATHERINE M. CORFEE, SBN 155064
Corfee Stone & Associates
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

Attorney for Defendants,

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| AURORA CERVANTES,<br><br>              Plaintiff,<br>v.<br><br>**ASJS INVESTMENTS, LLC**,<br>**NARINDERPAL SINGH**, as an individual and doing business as "Bernie's Liquor", **NISHAN SINGH,** as an entity and doing business as "Bernie's Liquor", and **DOES 1-50**, Inclusive,<br><br>              DEFENDANTS. | Case No.:   1:18-cv-00001-LJO-SAB<br><br>**STIPUATED DISMISSAL WITH REQUEST TO RETAIN JURISDICTION** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

STIPULATED DISMISSAL

1

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, pursuant to Federal Rules of Civil Procedure 41(a)(1).  The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

**HOWEVER**, the parties also **REQUEST** that this Court retain Jurisdiction until August 1st, 2019, to allow Plaintiff, for Good Cause Shown, to reopen this case if Defendants fail to perform the terms of the settlement agreement.

Respectfully Submitted,

Date:   June 12th, 2018                           /s/Daniel Malakauskas_____
                                                  By: Daniel Malakauskas
                                                  Attorney for Plaintiff

Date:   June 12nd, 2018                           /s/Catherine Corfee_____
                                                  By: Catherine Corfee
                                                  Attorney for Defendants
                                                  NARINDERPAL SINGH, NISHAN SINGH

STIPULATED DISMISSAL

2