# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>  Plaintiff,<br><br>  v.<br><br>ASJS INVESTMENTS, LLC, et al.,<br><br>  Defendants. | Case No. 1:18-cv-00001-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(ECF No. 18) |

This action was filed on December 29, 2018. (ECF No. 1.) On June 13, 2018, a stipulation dismissing this action with prejudice with each party to bear its own costs and fees was filed. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

The parties request that the Court retain jurisdiction until August 1, 2019. The Court declines to retain jurisdiction without a specific showing that it is necessary in this action. This Court is one of the busiest Court's in the country and sees no need to tie up two judges with retention of jurisdiction without good cause

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **June 29, 2018**

UNITED STATES MAGISTRATE JUDGE

1